

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

## WACO DIVISION

| | | |
|---|---|---|
| SOON BLOOD d/b/a SOUTH SEAS RESTAURANT,<br>　　　Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and SONNY BEVER,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. W-15-CV-073 |

## J U D G M E N T

In accordance with the Court's Order granting Plaintiff's Motion to Remand, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that this case is **REMANDED** to the 169th Judicial District Court of Bell County, Texas.

**SIGNED** this _14_ day of April, 2015.

WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE