



| | | |
|---|---|---|
| JEANNETTE J. CLACK<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>OFFICE OF THE CLERK<br>800 FRANKLIN AVE., ROOM 380<br>WACO, TX 76701 | PHILIP J. DEVLIN<br>CHIEF DEPUTY |

April 20, 2015

Ms. Gwenda Thompson, Court Coordinator
169th Judicial District Court
Bell County Justice Center
1201 Huey Road
Belton, TX 76513

**Re: Soon Blood, et al. vs. Scottsdale Insurance Co, et al. – 6:15-cv-000073**
 **Your Cause No. 275,139-C**

Enclosed please find a certified copy of the order of remand filed April 14, 2015, remanding the case back to the 169th Judicial District Court in Bell County, Texas.

All other documents are available electronically in CM/ECF. You may access electronically filed documents for this case at our CM/ECF web address: https://ecf.txwd.uscourts.gov.

A copy of this letter and a return envelope are enclosed for your convenience in acknowledging receipt of this order.

Sincerely,

*Melissa Copp*
Melissa Copp
Deputy Clerk

PLEASE ACKNOWLEDGE BELOW RECEIPT OF THE DOCUMENTS DESCRIBED ABOVE:

DATE: April 23, 2015

169th Judicial District Court in Bell County, TX, Clerk

By: *Gwenda Thompson*
Deputy Clerk
169th District Court Coordinator

CC: Attorneys of Record

**169TH DISTRICT COURT**

APR 23 2015

**BELL COUNTY, TEXAS**